Jorge Ortiz-Feliciano 25139-069
Name and Prisoner/Booking Number

U.S. Penitentiary Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85743
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
RECEIVED ___ COPY

MAR 1 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

CV18-0136 TUCCKJPSOT

Jorge Ortiz-Feliciano 25139-069
(Full Name of Plaintiff)
        Plaintiff,

        vs.                                      CASE NO. _____
                                                 (To be supplied by the Clerk)
(1) J. Shartle
(Full Name of Defendant)

(2) M. Bacon

(3) Dr. FNU Hayden                               CIVIL RIGHTS COMPLAINT
                                                 BY A PRISONER
(4) Dr. FNU Lacata
        Defendant(s).                            ☑ Original Complaint
☒ Check if there are additional Defendants        ☐ First Amended Complaint
and attach page 1-A listing them.                 ☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 28 U.S.C. 2201-02

2. Institution/city where violation occurred: USP Tucson

Revised 3/9/07                                1

550/555

(5) Defendant FNU Justino

(6) Defendant Federal Bureau of Prisons

Page 1-A

## B. DEFENDANTS

1. Name of first Defendant: __J. Shartle__. The first Defendant is employed as: __Warden__ (Position and Title) at __USP Tucson__ (Institution).

2. Name of second Defendant: __M. Bacon__. The second Defendant is employed as: __Unit Manager__ (Position and Title) at __USP Tucson__ (Institution).

3. Name of third Defendant: __FNU Hayden__. The third Defendant is employed as: __Chief Psychologist__ (Position and Title) at __USP Tucson__ (Institution).

4. Name of fourth Defendant: __FNU Lacuta__. The fourth Defendant is employed as: __Staff Psychologist__ (Position and Title) at __USP Tucson__ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

5. Name of Fifth Defendant ENU Jusino. The fifth defendant is employed as: Asst. Warden at USP Tucson.

6. Name of Sixth Defendant Federal Bureau of Prisons. The Sixth defendant is employed as: Federal Agency at USP Tucson.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 1st Amendment</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In late February 2018 plaintiff requested to be cellmates with Inmate Jeremy Pinson. Plaintiff agreed to be a witness in a civil action against USP Tucson staff and defendants Bacon, Jusino, Hayden denied the request alleging that because I had filed a grievance and because I agreed to be a witness in Pinson's lawsuit I was not going to be moved with Pinson. They further stated that if I had not filed the grievance I would have been moved and also threatened to transfer me if I did not stop assisting in other cases as a witness. When alerted to Jusino, Bacon, Lacata and Hayden's abusive conduct defendant Shartle refused to investigate or take corrective action.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Anxiety, Fear, Mental and emotional trauma.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The unit team failed to answer my BP-8 and then refused to provide higher level forms.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>Violation of the 8th amendment</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   All facts in claim one are reasserted here. Plaintiff suffers from a serious mental illness which causes auditory hallucinations and paranoia which severely impairs plaintiff's ability to function. The BOP has a Care Level system which is outlined in Program Statement 5310.16 and plaintiff should be Care Level 3 yet defendants BOP, Hayden, Lacata are intentionally keeping the plaintiff at Care Level 2 to deny him psychiatric and psychological treatment. Plaintiff is so mentally ill even a layman would recognize his need for mental health treatment. After a grievance was filed Hayden and Lacata clearly indicated because of the grievance they would intentionally deny Care Level 3 diagnosis.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Self-mutilation, suicidal thoughts, hallucinations

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Unit team staff did not answer my grievance and refused to provide forms to appeal to higher levels.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __N/A__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1- Injunction compelling BoP to designate plaintiff as Care Level 3.
2- Damages in an amount to be determined by a jury as to Bacon, Jusino, Lacata and Hayden.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3-7-18__
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6