United States District Court

District of Arizona

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

MAR 22 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Jorge A. Ortiz-Feliciano,
          Plaintiff,

v.

J.T. Shartle, et al.,
          Defendants

No. 18-CV-00136-CKJ-PSOT

## Motion For Appointment/Recruitment of Counsel

Comes Now the plaintiff, thru a jailhouse lawyer pro se, and pursuant to 28 U.S.C. 1746 and 1915(e)(1) seek appointment/recruitment of counsel because (1) the plaintiff has very little understanding of the English language (see Exhibit 1, Ortiz Decl.) and is extremely mentally ill. (see Exhibit 2, Jackson Decl.). In such circumstances the Ninth Circuit encourages appointment of counsel. See: Solis v. County of Los Angeles, 514 F.3d 946, 958 (9th Cir. 2008). These issues will inhibit (1) understanding all documents sent from the Court, (2) complying with court directives, (3) understanding and responding to defense motions, (4) conducting discovery and trial. Furthermore all law library resources are in English only in the BOP.

Wherefore plaintiff prays this motion be granted.

3-15-18

Jorge Ortiz-Feliciano # 75139-069

USP Tucson    PO Box 24550

Tucson  AZ   85734

Plaintiff