Exhibit 1

Case 4:18-cv-00136-CKJ-PSOT   Document 5   Filed 03/22/18   Page 1 of 5

DECLARACION PORT JORGE A. ORTIZ-FELICIANO

Yo declaro bajo penalidad y perjuro que todo lo siguiente es verdadero y correcto acurdado con el titulo 28 U.S.C. 1746:

1. Yo no soy abogado, no tengo entrenamiento con casos judiricos y no entiendo las respuestas que me preparan los otros presos.

2. Segundo razon yo no entiendo el sitema de como prepraral los papeles legales en ingles ya que el ingles es mi segundo idioma y mis limitacioned son muchas ya que mi primer idioma es espanol.

3. Todo documento preparado por mi para someterlo en corte tiene que ser preparado en ingles y nunca se lo que los papeles dicen o el orden que son enviado para la corte.

4. Yo sufro de enfermeda mental y tengo diagnoticos que son hechos por Federal Bureau of Prisons y los doctores que trabajan para esta agencia.

Firma dia 15th de Marzo 2018

Jorge A. Ortiz-Feliciano
Reg. No. 25139-069

Exhibit 2

DECLARATION OF ANDREW JACKSON

I declare under penalty of perjury that the following is true pursuant to 28 U.S.C. 1746:

1. I have known Jorge A. Ortiz-Feliciano for a long time during our mutual incarceration.

2. I have observed that he has an extremely limited grasp of the English language and probably has the vocabulary equivalent of a fifth grade student whose primary language is English.

3. I believe there is no way that he would be able to understand legal documents prepared for him by other inmates, documents from the courts, or all of the legal materials available from the BOP which are entirely in English which would completely inhibit his ability to prepare and submit his own post-conviction challenges.

4. He also suffers from some type of mental illness that is obvious even to a layperson such as myself. He can be irrational, emotionally unstable, and even appear to possibly suffer from auditory or visual hallucinations. I know he is being treated by prison psychologists.

Executed this 15th day of March 2018.

Andrew Jackson