# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge A Ortiz-Feliciano,<br>　　　　Plaintiff,<br>v.<br>JT Shartle, et al.,<br>　　　　Defendants. | NO. CV-18-00136-TUC-CKJ (P)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 4, 2018, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 6, 2018

　　　　　　　　　　　　　　　　　s/ S. Barraza
　　　　　　　　　　　　　By　　Deputy Clerk